IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JHAIR FRAN ALVAREZ NAVARRO,

          Petitioner,

   v.

WARDEN PHILADELPHIA FEDERAL
DETENTION CENTER, et al.,

          Respondents.

CIVIL ACTION
NO. 26-305

## **ORDER**

    **AND NOW**, this 30th day of March 2026, upon receipt of notification that the Petitioner was given a bond hearing (Doc. Nos. 7, 9), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

                       BY THE COURT:

                       /s/ Joel H. Slomsky
                       JOEL H. SLOMSKY, J.